UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Steven Liguori et al., | Case No. 2:11-cv-00492-JAD-CWH |
| Plaintiffs, | |
| v. | **Order re: Untimely Motion for Summary Judgment** |
| Bert Hansen, et al., | (Docs. 98 & 100) |
| Defendants. | |

The dispositive-motion deadline in this case was September 30, 2013. On October 24, 2014, Defendant Bert Hansen filed a motion for summary judgment (Doc. 97) and a request for relief from the expired deadline, explaining that a paralegal's innocent mistake resulted in the deadline being calendared as October 30th instead of September 30th. Doc. 98. He argues that this excusable neglect justifies the acceptance of his 24-day-late motion for summary judgment. *Id.* Plaintiff opposes the request by pointing out that this is the Hansen's third untimely request for an extension of time and reflects a pattern of conduct throughout this litigation that should not be condoned. Doc. 101.

The Court does not look lightly upon repeated failures to comply with deadlines. However, the Court is also mindful of the policy favoring deciding matters on their merits and, in isolation, it appears that Hansen's counsel has demonstrated excusable neglect. Counsel is cautioned, however,

that any future request for an extension of time based on similar neglect or mistake of counsel or staff will be looked upon with skepticism.  Counsel should take this opportunity to re-check the calendared deadlines in this case because it is highly unlikely that this Court will grant another extension of time on similar excuses.  Accordingly, good cause appearing:

    IT IS HEREBY ORDERED that Defendant Hansen's Motion to Extend Time re: Motion for Summary Judgment **(Doc. 98) is GRANTED**;

    IT IS FURTHER ORDERED that the Emergency Motion to Strike Hansen's Motion for Summary Judgment **(Doc. 100) is DENIED.**

    DATED this 21st day of February, 2014.

_____
Jennifer A. Dorsey
United States District Court Judge