Todd L. Moody (5430)
Kumen L. Taylor (10244)
Jacob A. Reynolds (10199)
Ava M. Bessel (12698)
HUTCHISON & STEFFEN, LLC.
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Phone (702) 385-2500
Fax (702) 385-2086
tmoody@hutchlegal.com
ktaylor@hutchlegal.com
jreynolds@hutchlegal.com
abessel@hutchlegal.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN LIGUORI, *et al.*,

    Plaintiffs,

v.

BERT HANSEN, *et al.*,

    Defendants.

Case No.:  2:11-cv-00492-GWF

**STIPULATION AND ORDER REGARDING PHYSICAL EXHIBITS**

WHEREAS Plaintiffs will seek to introduce physical exhibits into evidence at trial, as indicated in their exhibit list filed on April 27, 2015 (Doc. 153);

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED by and between the parties hereto through their undersigned counsel that at the end of trial, all physical exhibits admitted into evidence shall be returned to Plaintiffs.

| HUTCHISON & STEFFEN, LLC | BLACK & LOBELLO |
|---|---|
| /s/ Ava M. Bessel | /s/ Jeffrey J. Whitehead |
| Todd L. Moody (5430)<br>Kumen L. Taylor (10244)<br>Jacob A. Reynolds (10199)<br>Ava M. Bessel (12698)<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada 89145 | Jeffrey J. Whitehead (3183)<br>Kevin L. Hernandez (12594)<br>1077 West Twain, Suite 300<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Bert Hansen* |
| *Attorneys for Plaintiffs* | |
| Dated: May 3, 2015 | Dated: May 3, 2015 |

**ORDER**

IT IS HEREBY ORDERED.

Dated this __4th__ day of May, 2015.

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE