# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN LIGUORI, an individual; and BRUNO LIGUORI TURQUOISE TRADING, INC., a Nevada Corporation,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>BERT HANSEN,<br><br>　　　　　　Defendant. | Case No. 2:11-cv-00492-GWF<br><br>**ORDER** |

　　　　The Plaintiffs are hereby instructed to prepare and submit a proposed Judgement to the Court. The Plaintiffs are further instructed to serve the proposed Judgment on the Defendant.

　　　　**IT IS SO ORDERED.**

　　　　**DATED** this 13th day of May, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge