# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN LIGUORI, *et al.*,  )
        Plaintiffs,  )  Case No. 2:11-cv-00492-GWF
vs.  )  **AMENDED JUDGMENT**
BERT HANSEN, *et al.*,  )
        Defendants.  )

This action was tried by a jury with Magistrate Judge George Foley, Jr., presiding, and the jury reached a verdict. Prior to verdict, the parties stipulated that Defendant/Counterclaimant Bert Hansen recover $19,000.00 on his counterclaim for breach of contract which would be set off against any recovery by the Plaintiffs.

**IT IS ORDERED** that Plaintiffs Steven Liguouri and Bruno Liguouri Turquoise Trading Post, Inc., shall recover from Defendants Bert Hansen, individually and doing business as Hoover Dam Snacketeria and the High Scaler Café, the amount of $1,181,000.00, with prejudgment interest of $814,890.00 and postjudgment interest at the federal statutory rate, along with costs on Plaintiffs' breach of licensing agreement and breach of covenant of good faith and fair dealing claims.

**IT IS FURTHER ORDERED** that Plaintiffs Steven Liguouri and Bruno Liguouri Turquoise Trading Post, Inc., shall recover from Defendants Bert Hansen, individually and doing business as Hoover Dam Snacketeria and the High Scaler Café, the amount of $150,000.00, with

. . .

. . .

prejudgment interest of $2,573.01 and postjudgment interest at the federal statutory rate, along with costs.

DATED this 20th day of May, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge