**SAO**
JEFFREY J. WHITEHEAD, ESQ.
Nevada Bar No.: 3183
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No.: 12594
**BLACK & LOBELLO**
10777 West Twain Avenue, Suite 300
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
Email: jwhitehead@blacklobellolaw.com
*Attorneys for Defendant BERT HANSEN*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN LIGUORI, an individual; and BRUNO LIGUORI TURQUOISE TRADING, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BERT HANSEN, individually and doing business as the HOOVER DAM SNACKETERIA or the HIGH SCALER CAFÉ; KAWANA POHE, individually and doing business as the HOOVER DAM STORE; and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 2:11-cv-00492-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND NON-TAXABLE COSTS** |

### **STIPULATION**

Defendant Bert Hansen ("Defendant"), through his counsel of record, Jeffrey J. Whitehead, Esq. and Kevin L. Hernandez, Esq., of Black & LoBello, and Plaintiffs Steven Liguori and Bruno Liguori Turquoise Trading, Inc. ("Plaintiffs") through their counsel of record, Ava Bessel, Esq., of Hutchison & Steffen, hereby stipulate and agree as follows:

///

///

///

///

///

///

IT IS HEREBY STIPULATED that Defendant's Opposition to Plaintiffs' Motion for Attorney Fees and Non-Taxable Costs (Dkt. 201) shall be filed and served no later than June 26, 2015.

DATED this 11th day of June, 2015.   DATED this 11th day of June, 2015.

| **BLACK & LOBELLO** | **HUTCHISON & STEFFEN, LLC** |
|---|---|
| /s/ Jeffrey J. Whitehead | /s/ Ava Bessel |
| Jeffrey J. Whitehead, Esq.<br>Kevin L. Hernandez, Esq.<br>10777 W. Twain Ave, 3rd Floor<br>Las Vegas, NV 89135<br>Attorney for Defendants | Todd Moody, Esq.<br>Jacob A. Reynolds, Esq.<br>Ava Bessel, Esq.<br>Kumen Taylor, Esq.<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada 89145<br>Attorneys for Plaintiffs |

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefor, it is hereby ORDERED, ADJUDGED AND DECREED that Defendant's Opposition to Plaintiff's Motion for Attorney Fees and Non-Taxable Costs (Dkt. 201) shall be filed and served no later than June 26, 2015.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 12, 2015

**BLACK & LOBELLO**
10777 West Twain Avenue, Suite 300
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669