JEFFREY J. WHITEHEAD, ESQ.
Nevada Bar No.: 3183
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No. 12594
**BLACK & LOBELLO**
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Telephone Number: (702) 869-8801
Facsimile Number: (702) 869-2669
jwhitehead@blacklobellolaw.com
khernandez@blacklobellolaw.com
*Attorneys for Defendant,*
*Bert Hansen*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN LIGUORI, an individual; and BRUNO LIGUORI TURQUOISE TRADING, INC., a Nevada Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> BERT HANSEN, individually and doing business as the HOOVER DAM SNACKETERIA or the HIGH SCALER CAFÉ; KAWANA POHE, individually and doing business as the HOOVER DAM STORE; and DOES 1 through 10, <br><br> Defendants. | CASE NO.: 2:11-cv-00492-GWF <br><br> **STIPULATION AND ORDER FOR CONTINUANCE FOR JUDGMENT DEBTOR EXAMINATION AND MOTION FOR JUDGMENT** |

Defendant Bert Hansen ("Hansen"), through his counsel of record, Jeffrey J. Whitehead, Esq. and Kevin L. Hernandez, Esq. of BLACK & LOBELLO, and Plaintiffs Steven Liguori and Bruno Liguori Turquoise Trading, Inc. ("Plaintiffs"), through their counsel of record, Ava M. Bessel, Esq., of HUTCHISON & STEFFEN, hereby stipulate to move the Judgment Debtor Examination from July 21, 2015 at 10:00 a.m. to July 29th, 2015 at 10:00 a.m. at the law offices of Hutchison & Steffen. The parties further stipulate to move the hearing on Hansen's Motion for Judgment (Doc. 212) from July 21st, 2015 at 2:00 p.m. to July 29th, 2015 at 3:30 p.m., LV Courtroom 3A.

Therefore, the parties further stipulate and agree to move the Judgment Debtor Examination to July 29, 2015 at 10:00 a.m. at the law offices of Hutchison & Steffen, and move the hearing on Hansen's Motion for Judgment (Doc. 212) from July 21st, 2015 at 2:00 p.m. to July 29th, 2015 at 3:30 p.m., LV Courtroom 3A.

DATED this 29th day of June, 2015.   DATED this 29th day of June, 2015

**BLACK & LOBELLO**   **HUTCHISON & STEFFEN**

/s/ Jeffrey J. Whitehead   /s/ Ava Bessel
Jeffrey J. Whitehead, Esq.   Todd L. Moody, Esq.
Kevin L. Hernandez, Esq.   Jacob A. Reynolds, Esq.
10777 West Twain Avenue, 3rd Floor   Kumen L. Taylor, Esq.
Las Vegas, Nevada 89135   Ava Bessel, Esq.
*Attorneys for Bert Hansen*   Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
*Attorney for Plaintiffs*

## ORDER

IT IS HEREBY ORDERED that the Judgment Debtor Examination set for July 21, 2015 at 10:00 a.m. shall be rescheduled for July 29th, 2015 at 10:00 a.m. at the law offices of Hutchison & Steffen.

IT IS HEREBY FURTHER ORDERED that the hearing on Hansen's Motion for Judgment (Doc. 212) set for July 21st, 2015 at 2:00 p.m. shall be rescheduled for July 29th, 2015 at 3:30 p.m., LV Courtroom 3A.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:   Dated: June 30, 2015

**BLACK & LOBELLO**

/s/ Jeffrey J. Whitehead
_____
JEFFREY J. WHITEHEAD, ESQ.
Nevada State Bar No. 3183
10777 W. Twain Ave., Third Floor
Las Vegas, Nevada 89135
*Attorneys for Bert Hansen*