# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN LIGUORI, *et al.*,

    Plaintiffs,

vs.

BERT HANSEN, *et al.*,

    Defendants.

Case No. 2:11-cv-00492-GWF

**ORDER**

This matter is before the Court on Plaintiffs' Emergency Motion to Compel and Motion for Order to Show Cause Why Elizabeth Mercier Should Not be Held in Contempt (#230 and 234) filed July 27, 2015. Defendant filed an Opposition to Plaintiff's Motion for Order to Show Cause (#238) on August 4, 2015. The Court conducted a hearing in this matter on August 5, 2015. After considering the papers submitted by the parties, as well as oral argument by counsel, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Emergency Motion to Compel and Motion for Order to Show Cause Why Elizabeth Mercier Should Not be Held in Contempt (#230 and 234) is denied without prejudice, and subject to the parties' executing a protective order and proceeding with judgment debtor discovery in accordance therewith.

DATED this 5th day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge