# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN LIGUORI, *et al.*,

        Plaintiffs,

vs.

BERT HANSEN, *et al.*,

        Defendants.

Case No. 2:11-cv-00492-GWF

**ORDER**

     This matter is before the Court on Defendant Bert Hansen's Emergency Motion to Continue Hearing on Plaintiffs' Emergency Motion to Compel (#256) filed September 14 2015 and Plaintiffs' Opposition to Defendant's Emergency Motion (#257).  The Court having reviewed the motion and opposition, and good cause appearing therefor,

     **IT IS HEREBY ORDERED** that Defendant Bert Hansen's Emergency Motion to Continue Hearing on Plaintiffs' Emergency Motion to Compel (#256) is **granted**.  The hearing scheduled for September 21, 2015 at 2:00 p.m. is rescheduled for **Tuesday, October 6, 2015 at 3:30 p.m.**

     DATED this 15th day of September, 2015.

                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge