# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN LIGUORI, *et al.*,

        Plaintiffs,

vs.

BERT HANSEN, *et al.*,

        Defendants.

Case No. 2:11-cv-00492-GWF

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Attorney Fees and Nontaxable Costs (#201) filed June 1, 2015. The Court having granted Defendant's Motion for a New Trial, Plaintiffs' Motion for Attorney Fees and Nontaxable Costs on the judgment is rendered moot. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Attorney Fees and Nontaxable Costs (#201) is **denied**, without prejudice.

DATED this 18th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge