# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN LIGUORI, *et al.*,

        Plaintiffs,

vs.

BERT HANSEN, *et al.*,

        Defendants.

Case No. 2:11-cv-00492-GWF

**ORDER**

This matter is before the Court on Plaintiffs' Second Emergency Motion to Compel (#247) filed August 21, 2015 and Plaintiffs' Motion Requesting Permission to File Reply in Support of Second Emergency Motion to Compel (#253) filed September 4, 2015.  The Court having granted Defendant's Motion for a New Trial, Plaintiffs' Second Emergency Motion to Compel is rendered moot.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Second Emergency Motion to Compel (#247) and Plaintiffs' Motion Requesting Permission to File Reply in Support of Second Emergency Motion to Compel (#253) are **denied**, without prejudice.

DATED this 18th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge