**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN LIGUORI, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:11-cv-00492-GWF |
| vs. | ) **ORDER** |
| BERT HANSEN, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiffs' Motion for Leave to File Supplemental Briefing (#277) filed November 2, 2015. Although Defendants filed a Response (#279) which indicates that it is directed to docket number 277, it is in fact a premature response in opposition to Plaintiffs' motion for leave to file a second amended complaint. There being no actual opposition for Plaintiffs motion for leave to file supplemental briefing, the Court will grant Plaintiffs' Motion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File Supplemental Briefing (#277) is **granted**. Plaintiffs shall file the supplemental briefing no later than until **November 20, 2015**.

DATED this 10th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge