1
2
3
4
**UNITED STATES DISTRICT COURT**
5
**DISTRICT OF NEVADA**
6
7   STEVEN LIGUORI, *et al.*,                    )
8                              Plaintiffs,        )        Case No. 2:11-cv-00492-GWF
                                                  )
9   vs.                                           )        **ORDER**
                                                  )
10  BERT HANSEN, *et al.*,                        )
                                                  )
11                             Defendants.        )
    _____ )
12
13          This matter is before the Court on Defendant's Response to Minute Order (#282), filed on
14  November 10, 2015.
15          Defendant was instructed to inform the Court why Docket Number 279 was filed under
16  seal.  Defendant represents that this filing was inadvertent, and that the document should not be
17  sealed.  Accordingly,
18          **IT IS HEREBY ORDERED** that Docket Number 279 be **unsealed**.
19          **DATED** this 13th day of November, 2015.
20
21                                                        _____
                                                          GEORGE FOLEY, JR.
22                                                        United States Magistrate Judge
23
24
25
26
27
28