# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN LIGUORI, *et al.*, ) | |
|     Plaintiffs, ) | Case No. 2:11-cv-00492-GWF |
| vs. ) | **ORDER** |
| BERT HANSEN, *et al.*, ) | |
|     Defendants. ) | |

This matter is before the Court on Plaintiff's Motion to Continue Trial (#294), filed on March 3, 2016. Defendant Hansen filed a Response (#299) on March 11, 2016.

Federal Rule of Civil Procedure 16(b)(4) provides that a scheduling order "may be modified only for good cause and with the judge's consent." Plaintiff requests the Court reset the trial date to accommodate Plaintiff's co-lead trial counsel, Todd Moody, Esq. Plaintiff represents that Mr. Moody "has been asked to serve as Chief of Staff for the Office of Philanthropy with the Boy Scouts of America, overseeing and assisting with the dedication of the Boy Scouts of America's national leadership complex at The Summit (National Jamboree site) in West Virginia from June 10-18, 2016." *Motion*, pg. 2, ln. 1-4. Defendant Hansen represents that he prefers the trial to proceed as currently scheduled. However, if the Court was inclined to modify the trial date, Defendant Hansen would prefer a date in September 2016. Thus, Plaintiff's request would require the Court to continue trial for an additional three (3) months. The Court finds that Plaintiff's reason for the continuance is not sufficient good cause to justify continuing the trial. Accordingly,

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Continue Trial (#294) is **denied**.

DATED this 14th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge