UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVEN LIGUORI, *et al.*,   )
                            )
            Plaintiffs,     )   Case No. 2:11-cv-00492-GWF
                            )
vs.                         )   **ORDER**
                            )
BERT HANSEN, *et al.*,      )
                            )
            Defendants.     )
_____)

    This matter is before the Court on Plaintiffs' Motion for Reconsideration of Motion to Continue Trial (#301), filed on March 18, 2016. Defendants filed a Response (#302) on March 18, 2016. Upon review and consideration,

    **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Reconsideration of Motion to Continue Trial (#301) is **denied**.

    DATED this 21st day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge