UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVE LIGUORI, et al, | ) |
| Plaintiff(s), | ) |
| vs. | ) 2:11-cv-492-GWF |
| BERT HANSEN, et al, | ) |
| Defendant(s). | ) |

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

IT IS HEREBY ORDERED that all meals and lodging, if required, for said jury shall be paid by the Clerk of Court.

DATED this 17th day of June 2016.

GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE