# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN LIGUORI, *et al.*, | |
| Plaintiffs, | Case No. 2:11-cv-00492-GWF |
| vs. | **JUDGMENT ON COUNTERCLAIM** |
| BERT HANSEN, *et al.*, | |
| Defendants. | |

Pursuant to the stipulation of the parties prior to the jury verdict in the first trial of this action,

**IT IS ORDERED** that judgment is entered, nunc pro tunc to May 20, 2015, in favor of Counterclaimant Bert Hansen against Counterdefendants Plaintiffs Steven Liguouri and Bruno Liguouri Turquoise Trading Post, Inc. the amount of $19,000.00 with post judgment interest thereon from May 20, 2015 at the federal statutory rate, along with costs.

DATED this 11th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge