**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN LIGUORI, *et al.*, | ) |
|         Plaintiffs, | ) Case No. 2:11-cv-00492-GWF |
| vs. | ) **JUDGMENT** |
| BERT HANSEN, *et al.*, | ) |
|         Defendants. | ) |

This action was tried by a jury from June 13 to 17, 2016, with Magistrate Judge George Foley, Jr., presiding, and the jury reached a verdict.

**IT IS ORDERED** that Plaintiffs Steven Liguouri and Bruno Liguouri Turquoise Trading Post, Inc., shall recover from Defendants Bert Hansen, individually and doing business as Hoover Dam Snacketeria and the High Scaler Café, the amount of $47,817.36 with prejudgment interest of $33,253.34 and postjudgment interest at the rate of 1.5 percent per month (18 percent per annum), along with costs on Plaintiffs' claim for breach of the parties' retail licensing agreement.

**IT IS FURTHER ORDERED** that Plaintiffs Steven Liguouri and Bruno Liguori Turquoise Trading Post, Inc., shall recover from Defendants Bert Hansen, individually and doing business as Hoover Dam Snacketeria and the High Scaler Café, the amount of $130,000.00 as damages for willful copyright infringement, with prejudgment interest of $3,693.98 and postjudgment interest at the federal statutory rate, along with costs.

DATED this 11th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge