# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN LIGUORI, an individual; and BRUNO LIGUORI TURQUOISE TRADING, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BERT HANSEN, individually and doing business as the HOOVER DAM SNACKETERIA or the HIGH SCALER CAFÉ; KAWANA POHE, individually and doing business as the HOOVER DAM STORE; and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 2:11-cv-00492-GWF<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES FROM SEPTEMBER 27, 2016 TO SEPTEMBER 30, 2016** |

Defendant Bert Hansen's ("Hansen") Unopposed Motion to Continue Hearing from

1  September 27, 2016 to September 30, 2016 was filed on September 7, 2016 with the Clerk of
2  the Court in the above entitled court.  This matter having come before this court on Defendant's
3  Unopposed Motion to Continue Hearing Date and based upon the Motion and pleadings on file,
4  and for food cause appearing, the Court finds and orders as follows

**IT IS SO ORDERED** that the hearing scheduled for September 27, 2016 at 10:30 a.m.
be re-noticed for September 30, 2016 3:00 p.m. in LV Courtroom 3A.

_____
GEORGE FOLEY, JR
United States Magistrate Judge
September 8, 2016

Submitted By:

**WHITEHEAD & BURNETT**

By: _____
JEFFREY J. WHITEHEAD, ESQ.
Nevada Bar No.: 3183
GARY BURNETT, ESQ.
Nevada Bar No. 7632
jeff@whiteheadburnett.com
gary@whiteheadburnett.com
*Attorneys for Defendant Bert Hansen*