# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN LIGUORI, *et al.*,   )
         Plaintiffs,   )   Case No. 2:11-cv-00492-GWF
         )
vs.   )   **ORDER**
         )
BERT HANSEN, *et al.*,   )
         Defendants.   )

This matter is before the Court on Victoria L. Nelson's Chapter 7 Trustee in Bankruptcy's Motion to Substitute as Party Plaintiff (ECF No 416), filed on January 30, 2017. To date, no party has filed an opposition to this motion and the time for opposition has now expired.

Ms. Nelson requests to be substituted as the party plaintiff for Steven Liguori pursuant to Federal Rule of Civil Procedure 25 and Federal Rule of Bankruptcy Procedure 7017. On April 19, 2016, Plaintiff filed a Petition under Chapter 13 of the U.S. Bankruptcy Code that was subsequently converted to a Chapter 7. As a result, Ms. Nelson asserts that Plaintiff was divested of any right to pursue any pre-litigation claims and that those rights are now held by Ms. Nelson as the bankruptcy trustee. The Court agrees. Accordingly,

**IT IS HEREBY ORDERED** that Victoria L. Nelson's Chapter 7 Trustee in Bankruptcy's Motion to Substitute as Party Plaintiff (ECF No 416) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall substitute Victoria L. Nelson, Chapter 7 Trustee in Bankruptcy as the party plaintiff in place of Steven Liguori.

DATED this 15th day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge