UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVEN LIGUORI, *et al.*,            )
           Plaintiffs,            )   Case No. 2:11-cv-00492-GWF
                                  )
vs.                                  )   **ORDER**
                                  )
BERT HANSEN, *et al.*,               )
           Defendants.            )

This matter is before the Court on Victoria L. Nelson's, Chapter 7 Trustee in Bankruptcy, Motion for Clarification (ECF No. 421), filed on March 2, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Victoria L. Nelson's, Chapter 7 Trustee in Bankruptcy, Motion for Clarification (ECF No. 421) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall change the caption in this case to name the Plaintiff as "Victoria L. Nelson, Chapter 7 Trustee in Bankruptcy, in the place of Steven Liguori."

DATED this 3rd day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge