# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA NELSON, Chapter 7 Bankruptcy Trustee, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 2:11-cv-00492-GWF |
| vs. | ) **ORDER** |
| BERT HANSEN, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiffs' Supplemental Application for Judgment Debtor Examination (ECF No. 430), filed on March 22, 2017. Defendant Hansen did not file a response.

Plaintiff requests an order requiring Defendant Bert Hansen to appear for an examination on May 22, 2017 at 10:00 a.m. Nevada Revised Statute 21.270 provides that the Court shall, after the entering of the judgment, order the judgment debtor to appear for the examination. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Supplemental Application for Judgment Debtor Examination (ECF No. 430) is **granted**.

**IT IS FURTHER ORDERED** that Defendant Bert Hansen is to appear at the law offices of Hutchison and Steffen, LLC, 10080 West Alta Drive, Suite 200, Las Vegas, Nevada, 89145 on May 22, 2017 at 10:00 a.m. and be adequately prepared to answer all questions relating to the areas of inquiry set forth on Pages 3 through 5 of Plaintiffs' Supplemental Application for Judgment Debtor Examination (ECF No. 430).

**IT IS FURTHER ORDERED** that at least 10 days prior to the examination, Defendant Hansen must provide all records requested by Plaintiffs as set for on Page 6 of the Supplemental Application for Judgment Debtor Examination (ECF No. 430).

**DATED** this 4th day of April, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge