# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN LIGUORI, *et al.*,

        Plaintiffs,

vs.

BERT HANSEN, *et al.*,

        Defendants.

Case No. 2:11-cv-00492-GWF

**ORDER**

This matter is before the Court on Defendant Bert Hansen's Motion to Strike and to Quash Writ of Execution (ECF No. 435), filed on May 4, 2017. Plaintiffs filed their Non-Opposition (ECF No. 439) on May 18, 2017.

Defendant requests that the Court strike Plaintiff's defective notice and writ of execution and to quash execution delivered to Boulder City Credit Union as moot. Plaintiffs do not oppose Defendant's motion. Plaintiffs represent that the subject writ of execution and notice were returned unserved and that there are, therefore, no pending writs. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Bert Hansen's Motion to Strike and to Quash Writ of Execution (ECF No. 435) is **granted**.

**IT IS FURTHER ORDERED** that the hearing set in this matter for Monday, June 5, 2017 at 9:30 a.m. is **vacated**.

DATED this 23rd day of May, 2017.

                                                GEORGE FOLEY, JR.
                                                United States Magistrate Judge