1  Todd L. Moody (5430)
   Jacob A. Reynolds (10199)
2  Richard L. Wade (11879)
   HUTCHISON & STEFFEN, LLC.
3  Peccole Professional Park
   10080 West Alta Drive, Suite 200
4  Las Vegas, Nevada 89145
   Phone (702) 385-2500
5  Fax (702) 385-2086
   tmoody@hutchlegal.com
6  jreynolds@hutchlegal.com
   rwade@hutchlegal.com
7
   *Attorneys for Plaintiffs*
8

9                    **UNITED STATES DISTRICT COURT**

10                           **DISTRICT OF NEVADA**

11  VICTORIA NELSON, Chapter 7 Bankruptcy        Case No.: 2:11-cv-00492-GWF
    Trustee, *et al.*,
12                                               **STIPULATION AND ORDER TO**
            Plaintiffs,                          **EXTEND TIME TO FILE REPLY IN**
13                                               **SUPPORT OF MOTION FOR**
    v.                                           **APPOINTMENT OF RECEIVER**
14                                               **(ECF 448) FILED UNDER SEAL**
    BERT HANSEN, *et al.*,
15
            Defendants.
16

17

18      Counsel of record respectfully request this stipulation to allow Plaintiffs an extension of

19  time in which to file a reply in support of the Motion for Appointment of Receiver (ECF 448)

20  filed under seal.

21      / / /

22      / / /

23      / / /

24      / / /

25      / / /

26      / / /

27      / / /

28      / / /

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel, that Plaintiffs shall have until **August 17, 2017** to file their reply in support of the Motion for Appointment of Receiver (EFC 448) filed under seal.

DATED this 4th day of August, 2017.

| HUTCHISON & STEFFEN, PLLC | WHITEHEAD & BURNETT |
|---|---|
| /s/ Todd L. Moody<br>Todd L. Moody (5430)<br>Jacob A. Reynolds (10199)<br>Richard L. Wade (11879)<br>HUTCHISON & STEFFEN, LLC.<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada 89145<br>Phone (702) 385-2500<br>Fax (702) 385-2086<br>tmoody@hutchlegal.com<br>jreynolds@hutchlegal.com<br>rwade@hutchlegal.com | /s/Jeffrey J. Whitehead<br>Jeffrey J. Whithead (3183)<br>Gary Burnett (7632)<br>6980 O'Bannon Drive<br>Las Vegas, NV 89117<br>jeff@whiteheadburnett.com<br>gary@whiteheadburnett.com<br><br>*Attorneys for Defendants* |

*Attorneys for Plaintiffs*

## ORDER

This Court having considered the Stipulation to extend the time for Plaintiffs to file a reply in support of their Motion for Appointment of Receiver (ECF 448) filed under seal and for good cause:

IT IS HEREBY ORDERED that Plaintiffs have until August 17, 2017 to file a reply in support of the Motion for Appointment of Receiver (ECF 448) filed under seal.

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: August 7, 2017