# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA NELSON, Chapter 7<br>Bankruptcy Trustee, *et al.*,<br><br>         Plaintiffs,<br><br>vs.<br><br>BERT HANSEN, *et al.*,<br><br>         Defendants. | Case No. 2:11-cv-00492-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiffs' Response to Order to Show Cause (ECF No. 474), filed on October 18, 2017.

Based on Plaintiffs' representations, the Court finds that ECF Nos 439 and 454 should be unsealed and no redactions are necessary. In regard to ECF Nos 420, 430, 448, 456 and 470, the Court will order Plaintiffs to make the recommended redactions and file those documents on the public record. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall unseal ECF Nos. 439 and 454.

**IT IS FURTHER ORDERED** that Plaintiffs shall make the necessary redactions to ECF Nos 420, 430, 448, 456 and 470 and file those documents on the public record by **October 30, 2017**.

DATED this 23rd day of October, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge