# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA NELSON, Chapter 7 Bankruptcy Trustee, *et al.*, | |
| Plaintiffs, | Case No. 2:11-cv-00492-GWF |
| vs. | **ORDER** |
| BERT HANSEN, *et al.*, | |
| Defendants. | |

This matter is before the Court on Defendant's Response to Order to Show Cause (ECF No. 482), filed on October 27, 2017.

Based on Defendant's representations, the Court finds that ECF Nos 424 and 438 should be unsealed and no redactions are necessary. In regard to ECF Nos 435, 453, 458, 465, 466, 467, 468 and 469, the Court will order Defendant to make the recommended redactions and file those documents on the public record. In regard to ECF No. 452, the Court finds that Defendant can redact any confidential information from the document and file the redacted version on the public record. However, Exhibit 3 of ECF No. 452 (Declaration of Mike Penuelas) may remain sealed in its entirety. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall unseal ECF Nos 424 and 438.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that Defendant shall make the necessary redactions to ECF Nos 435, 452, 453, 458, 465, 466, 467, 468 and 469 and file those documents on the public record by **November 7, 2017**.

DATED this 31st day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge