UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VICTORIA NELSON, Chapter 7 Bankruptcy Trustee, et al., <br><br> Plaintiff, <br><br> v. <br><br> BERT HANSEN, et al., <br><br> Defendants. | Case No. 2:11-cv-00492-GWF <br><br> **ORDER** |

On March 28, 2018 Plaintiff filed a Motion to Substitute, Lenard E. Schwartzer, as Party Plaintiff. ECF No. 517. The Court granted Plaintiff's motion on April 19, 2018. ECF No. 520. Upon further review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall change the caption in this case name to the Plaintiff as "Lenard E. Schwartzer, Chapter 7 Bankruptcy Trustee," in the place of "Victoria Nelson, Chapter 7 Trustee in Bankruptcy."

Dated this 23rd day of April, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1