UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LENARD E. SCHWARTZER, CHAPTER 7 BANKRUPTCY TRUSTEE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BERT HANSEN, et al.,<br><br>Defendants. | Case No. 2:11-cv-00492-GWF<br><br>**ORDER** |

On November 13, 2018, the Ninth Circuit issued its Order on Mandate ("Mandate") (ECF No. 526) which reversed, in part, and remanded the District Court's award of attorney's fees. On December 3, 2018, the Court held a status conference regarding the parties' respective positions on the Mandate and permitted Defendants to file their supplemental brief on or before January 4, 2019, with Plaintiffs' reply due by January 18, 2019. To date, Defendants have failed to file their supplemental brief and the time to do so has now expired. Since the Defendants did not avail themselves of the opportunity to file a supplemental brief, the Plaintiffs are not required to file anything. The Court will therefore proceed to resolve the dispute related to attorney's fees in accordance with the Ninth Circuit's Mandate. Accordingly,

Dated this 11th day of January, 2019.

*George Foley Jr.*

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1