# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LENARD E. SCHWARTZER, CHAPTER 7 BANKRUPTCY TRUSTEE, et al.<br>Plaintiffs,<br>v.<br>BERT HANSEN, et al.,<br>Defendants. | Attorney Fees<br><br>JUDGMENT IN A CIVIL CASE<br><br>Case Number: 2:11-cv-00492-GWF |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiffs are awarded attorneys' fees in the amount of $722,540.54. Plaintiffs are award non-taxable costs in the amount of $66,0164.89.

| | |
|---|---|
| February 8, 2019<br>Date | DEBRA K. KEMPI<br>Clerk |
| | /s/ J. Matott<br>Deputy Clerk |